FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
NOV 1 8 2016
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

In The United states District court

For the Northern District OF Georgia

Atlanta Division

Olman Roy Arriaga, As individual of Unique Event Elements

Plantiff

Civil Action NO: 1:16-CV-4313

Complaint

My Business loan.com, LLC

Defendant's

SEE complaint On NEXT ATTAched PAGE!

Re: Unique Event Elements, LLC, vs Mybusinessloan.com

Dear MyBusinessloan.com:

A lawsuit has been filed against you of this summons on you not counting the day you receive it

This letter is being delivered to you with a complaint filed by Unique Event Elements, LLC in the United States District Court Southern District of Georgia. My complaint seeks damages of 164,304.81 plus interest, cost, and attorney's fees. You failed to answer the questions on the affidavit of fact that are questioning the alleged loan that your company provided to Unique Event Elements. Such document was sent out via registered mail on October 12th 2016. I never received a response to why you didn't answer the questions. Also the promissory note that I also sent you for payoff, that I signed in blue wet ink for discharge, was also never returned with an explanation to why your company does not accept it as a form of payment. The Affidavit of Refusal of Discharge, sent to you October 11th 2016 and you received on the 14th, also did not produce a response which applied in this lawsuit in the lower exhibits. We asked for an explanations and proof that the promissory note is not acceptable for tender payment and you never responded other than with the lawsuit. We now demand you show up in court and prove that everything that was sent to you is correct.

## COMPLAINT

I'm filing a complaint against the defendant for not responding to any of the notices about the Affidavit of Fact that sent to them questioning the loan along with the Refusal to Discharge Affidavit to explain why this institution is exempt from accepting the promissory note. (Bills of Exchange Act 1882)

## ALLEGATIONS

On September 19th 2016 the defendant was sent a promissory note and attach is the list of things proving this was delivered to them. Exhibit A (Promissory note and notarized verification page) exhibit B (the USPS statement showing that it was left with an individual). Exhibit C (verified postage stamp it was sent to). Exhibit D (copy of the UCC1 filing verifying and protecting my note that was not returned). Exhibit E (a copy of the refusal to discharge affidavit that was sent to you on October 14th 2016 at 1.36 pm) Exhibit F. (verification that the refusal to discharge form was sent and delivered to them)

## CLAIMS FOR RELIEF

If the findings that I sent you is not verified in the court of law regarding the promissory note and the Affidavit of Fact that prove the findings of the loan, and the Refusal of Discharge form, explaining why they cannot accept the promissory note, I will seek punitive damages against the defendant in the amount of $250,000 dollars for showing up if false claims are brought against me, along with all my court cost and any judgments entered on your behalf.

**Promissory Note NO:** 1007925 **Reg. NO:**

Tender in terms of the Negotiable Instruments Act, 1881; Public Law 73-10, Chapter 48, 48 Stat 112; 12 U.S.C. 411; Securities Act § 2(1), [illegible] AND settlement in terms of Congressional Statutes At Large, Title 62

This Promissory Note was Issued at: Commercial Avenue

GeorgiA Republic USA (Place)

Date: SeptemBer 20 16

AMOUNT: $ 164,304.81 (as numbers)

One hundred sixty four Thousand three hundred

AMOUNT: four dollars and Eighty one *UNITED STATES DOLLARS****** USD

This Certifies that:

I, Olman Roy Arriaga ID/Account Number: LAI-00053865 [illegible]

My Business loan com LLC (HOLDER) the full amount specified on this NOTE, for value received.

**Terms & Conditions**

The Payment will be made in monthly installments of $ 7,230 (Seven thousand two Hundred thirty) per month, on the 9th (Ninth) day of every consecutive month starting SeptemBer 20 until the obligation has been fulfilled.

The payment can be obtained from the ISSUER at c/o 1446 Southland cir, AtlantA, GA 30318

I hereby give permission to the **HOLDER** and/or the **HOLDER IN DUE COURSE** of this Promissory Note, to use this NOTE in any way necessary as a negotiable instrument to be financially traded on; whereas such trade shall terminate the obligation herein.

9-2-2016 [signature]

Date Medallion Securities Signature Transfer Stamp

[signature]

Signature/Autograph

Print: Olman Roy Arriaga [illegible]

American Citizen in Foreign State

**(ACKNOWLEDGMENT)**

Georgia Republic

County of Cobb

**The foregoing Promissory Note was acknowledged before me this** 2nd **day of** September, **20**16

**by** Olman Roy Arriaga **who produced a** Georgia Driver's License **as Identification.**

**WITNESS my hand and official seal:**

**Signature of Notary Public** [signature] **My Commission Expires:** July 7, 2018

**Date:** 2nd September, **20** 16

**Month** **Year**

TAMIKA STAFFORD NOTARY PUBLIC COBB COUNTY, GEORGIA MY COMMISSION EXPIRES JULY 7, 2018

**SEAL**

**NOTE: The above noted Certifying NOTARY PUBLIC is not an attorney licensed to practice law in any State and has not given legal advise or accepted fees for legal advise; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein. The above noted Certified NOTARY PUBLIC is NOT a party to this action and is ONLY acting in an authorized capacity requested as a third party witness to CERTIFY the signatures indicated herein in accordance with Notary Protest that is a Law of the Sea and Maritime Admiralty law CONCERNING A SECURITIES INSTRUMENT, PROMISSORY NOTE. The Certifying NOTARY is and independent contractor and not a party to this claim. In fact the Certifying NOTARY is a Federal Witness Pursuant to TITLE 18, PART 1, CHAPTER 73, SEC. 1512- Tampering with a witness, victim, or an informant. The Noted Certifying NOTARY also performs the functions of a Quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violation of the U.S. Postal regulations as Officer of the Executive Department of the UNITED STATES Government. The Noted Certifying NOTARY is a State Officer of the Court, and a Deputy Secretary of State Appointed and Commissioned by the State Government with Representative Authority to Issue Notary Protest Certificates of Default and Summary Judgment under the Administrative Procedure Act of 1946 and Notary Protest on negotiable instruments such as Promissory Notes, Stocks, and Bonds.**

All postage paid for with lawful money per Title 12 USC 411 and P.L. 73-10, Chapter 48, 48 Stat. 112

"Without Prejudice" DATE 9-1-16

TO: My Business loan com LLC (CFO/CEO)

ATTN: CFO - Payoff Dept

1901 camino vida Roble. suite 120

Carlsbad, CA, 92008

FROM: Olman roy arriaga

care of: 1446 south land cc

ATL GA 30318

Dear Chief Financial Officer (CFO) at My Business loan.com LLC Name:

Find enclosed payment and final settlement regarding Bill of Costs - **ACCOUNT NO:** ( LIA-00053365 )

I require, after receipt of this lawful document (demand letter of acceptance) and transactions for settlements, after (7) Seven business days (if not heard back from) My Business loan com LLC of deposit in receipt of Promissory Note No: 1007925 from ISSUER, Registered No: ______, it will be affirmed, concurred, and agreed, that the promissory note has been acknowledged and accepted by my Business loan.com LLC on this account herein and a letter for payoff be returned as satisfied.

Sincerely

In Fact and Truth,

[signature] Date: 9/2/16

Print: Olman Roy Arriaga (unlimited)

(Non-Assumpsit)

**ACKNOWLEDGMENT**

Georgia **Republic**

**County of** Cobb

**The foregoing document was acknowledged before me this** 2nd **day of** September, **20** 16

**by** Olman Roy Arriaga **who produced a** ______ **as identification.**

**WITNESS my hand and official seal**

***Signature of Notary Public:*** [signature] **Print:** Tamika Stafford

***My commission expires:*** July 07, 2018 **Date:** 9/2/16 , **20**__

**SEAL**

TAMIKA STAFFORD
NOTARY PUBLIC
MY COMMISSION EXPIRES JULY 7, 2018
COBB COUNTY, GEORGIA

**Tracking Number: RB285788462US**

# Delivered

**Updated Delivery Day: Monday, September 19, 2016**

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Registered Mail™

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **September 19, 2016 , 12:30 pm** | **Delivered, Left with Individual** | **CARLSBAD, CA 92008** |
| [illegible] CARLSBAD, CA [illegible] | | |
| September 19, 2016 , 9:13 am | Out for Delivery | CARLSBAD, CA 92008 |
| September 19, 2016 , [illegible]:03 am | Sorting Complete | CARLSBAD, CA 92008 |
| September 19, 2016 , 2:46 am | Arrived at Unit | CARLSBAD, CA 92008 |
| September 18, 2016 , 3:34 am | Arrived at USPS Facility | SAN DIEGO, CA 92199 |
| September 16, 2016 , 12:40 pm | Departed USPS Facility | LOS ANGELES, CA 90009 |
| September 16, 2016 , 12:28 pm | Arrived at USPS Facility | L[illegible]ELES, CA 90009 |
| September 15, 2016 , 11:10 pm | Arrived at USPS Facility | SAN DIEGO, CA 92199 |

Ma[illegible]
[illegible] [illegible]velope
(Domestic)
(CARLSBAD, CA 92008)
(Weight:0 Lb 3.50 Oz)
(Expected Delivery Day)
(Thursday 09/15/2016)
Registered 1 $11.70
(Amount:$0.00)
(USPS Registered Mail #)
(RB285788462US)
Folk Art PSA # 1 $0.59
10
(Unit Price:$0.59)
Lg Photo Doc 2 $3.18
Mlr
(Unit Price:$1.59)
First-Class 1 $0.68
Mail
Letter

Dear Chief Financial Officer of MyBusinessLoan.com, LLC,

I, Olman Roy Arriaga, sent you a promissory note to discharge the amount of my business loan in the amount of $164,304.81. The promissory note registered number is #1007925. When originally sent, it had instructions to send back the original copy with my signature in blue ink representing me as a human being flesh and blood. Along with the promissory note should have been an explanation as to why your company finds this type of commercial instrument as unacceptable and why it did not accept this type of payment. Also, it should have contained an explanation as to why your company is exempt from payment from legislation (The Bills of Exchange Act 1882).

I have not received a proper response as of yet. Therefore, this means we are in full agreement of payment. At this point, I now need proper documentation, received within 7 days of receiving this notice, showing that my loan has been satisfied in full and tendered for discharge. If not, I will ask for the original promissory note, which I sent to your company with my signature in blue ink representing me as a human being along with a full explanation on what exempts your company from the legislation outlined in The Bills of Exchange Act of 1882. Should I not receive these documents, I will take legal action against your company about my legal tender of payment which is recorded with the US Postal Service Registered Mail. You can find the registration number with the US Postal Service Registered Mail on the original promissory note.

A copy of the UCC1 filing is attached to this letter. I am prepared to move forward in front of a jury of 12 and a Majesty (judge) to prove the validity of securities fraud and theft against your corporation. Furthermore, should you be found guilty in a court of law, we will seek $500,000 in restitution for my appearance in court.

Please return the original promissory note within 7 days should

you not accept payment with the explanation requested above. If not, I will be looking for a letter on your company letterhead

stating the payment is accepted and tendered for discharge. Upon receipt of this, I will move forward with a 1099A filing informing the IRS.

The following information is found under the Uniform Commercial Code, article 3 under Negotiable Instruments part 6 – Discharge and Payment

## § 3-603. TENDER OF PAYMENT.

(a) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument, the effect of tender is governed by principles of law applicable to tender of payment under a simple contract.

(b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.

(c) If tender of payment of an amount due on an instrument is made to a person entitled to enforce the instrument, the obligation of the obligor to pay interest after the due date on the amount tendered is discharged. If presentment is required with respect to an instrument and the obligor is able and ready to pay on the due date at every place of payment stated in the instrument, the obligor is deemed to have made tender of payment on the due date to the person entitled to enforce the instrument.

Should you not understand this or have questions, please seek legal advice.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attn (CFO)
1901 Camino Vida Roble, Suite RC
Carlsbad, CA 92008

9590 9402 2207 6193 5551 15

2. Article Number *(Transfer from service label)*

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Olman Roy Arriaga
c/o Fox Moor Way
non domestic
Douglasville,Georgia republic
near 30134

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME<br>MY BUSINESS LOAN, LLC | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX | |
| 1c. MAILING ADDRESS<br>1901 CAMINO VIDA ROBLE, SUITE 120 | CITY<br>Carlsbad | STATE<br>CA | POSTAL CODE<br>92008 | COUNTRY<br>US | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | | |
| OR 3b. INDIVIDUAL'S SURNAME<br>Arriaga | FIRST PERSONAL NAME<br>Olman | ADDITIONAL NAME(S)/INITIAL(S)<br>Roy | | SUFFIX |
| 3c. MAILING ADDRESS<br>c/o 1446 Southland Cir | CITY<br>atlanta | STATE<br>GA | POSTAL CODE<br>30318 | COUNTRY<br>US |

4. COLLATERAL: This financing statement covers the following collateral:

**The following property is accepted for value, exempt from levy and herewith registered in the commercial chamber and leined at a sum certain $164,304.81 and is the private property(conveyance) of the secured party as authorize representative of the debtor and said property is not used in commerce upon the highways and its exempt from the state MVD/code registration statuses; SECURITY INSTRUMENT #1007925 Which is a promissory note, UNIQUE EVENT ELEMENTS, LLC, BUISNESS LOAN #LIA-00053865 before any of the above property can be disbursed, exchanged sold forfeited, gifted, transfered, surrendered, coveyed, destroyed, disposed of, or otherwise removed from debtors possesion, lien must be satisfied in full by bill of exchange.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:



International Association of Commercial Administrators (IACA)

Date: October 12, 2016

From: Olman Roy Arriaga, Authorized Representative
c/o 1446 Southland Circle NW #200
Atlanta, GA 30318

To: [MY BUSINESS LOANS.COM, LLC]

Your Account #: LIA#00053865

Dear Account Representative of [MY BUSINESS LOANS COM, LLC]

It has recently come to my attention that there may be defects in the original contract that was entered when the above listed credit account was established with, MY BUSINESS LOANS COM, LLC which may invalidate our present agreement.

I, Olman Roy Arriaga, a Natural Person, am writing pursuant to the **Fair Debt Collection Practices Act, 15 USC 1692g**, to inform you that I dispute/protest the alleged Loan/Debt/Bill statement associated with YOUR account # [LIA#00053865] with [MY BUSINESS LOANS COM, LLC]. I do not believe that the 'Natural Person' Olman Roy Arriaga owe the amount alleged by your private corporation or I do not believe there has been an established loan was ever given and believe nothing exists.

For The Record And Let This Record Reflect,

So as of now I am sending out to your organization corporation this Affidavit of Fact - Statement of Bill Protest on business Loan, Thus I am requesting that you provide the following information; until this protest of this alleged loan/and bill statement can be proven that this alleged so-called loan was not already paid off in full, and if you refused to answer back in the allotted Thirty (30) days of the FDCPA rules and regulations, if unrebutted a "Tacit Acquiescence" will commence against you and give rise to a civil action against you for several violations of consumer protection and securities laws for fraud.

**First and foremost, the account in question is paid in advance. Here are some questions that will explain my position.** Therefore, I **conditionally accept for value your presentment** and agree that I owe the amount indicated on **your statement** and business loan, upon proof of claim that you can produce a valid contract making me liable (Obligated) for such a "statement" of a Bill and not a "True Bill" i.e. "Invoice". So in order to confirm this, please provide the following; If **you agree** with my determinations, I make timely demand that you notify me of the actions you have taken to correct your errors.

If **you disagree** with my determination, I will expect you to document your position and authority with at least the following documents:

1. All documents on which you base your claim that I have any obligation to you or your Service and that I am the one who is required by the original written contract of a **two party signature** to make payment.
2. Copies of all documents that identify how I came within the purview of the contract that obligate me to make payment or receive service.
3. All documents of determination that indicate I am one who is liable or subject to any **'alleged loan'** that you or your Service claim to have authority to enforce.
4. Copies of all documents that **identify the facts** on which those determinations were made.
5. Copies of all documents on which those **facts were applied** to make any of the determinations that I am one who is liable or subject.
6. Copies of the Notices sent or served upon me **prior** to making those determinations.
7. Copies of your **delegation of authority to inquire into my personal affairs or make any demand upon me**, and the **delegations of authority of those who made the above and below determinations** that I am liable or subject to those determinations.

8. Copies of your **document of appointment to the position which you now hold** and copies of the documents that identify by name title, position, G.S.#, and office, each party who participated in any aspect of the above determinations.
9. The document that **describes the procedural format for expungement of alleged determinations**, improperly or unlawfully made within your Bureau.
10. An **invoice** for the full amount you claim I owe (**not a statement**).

11. A copy of the original contract detailing the terms and conditions, "signed by both parties." [Natural People]
12. Evidence of [MY BUSINESS LOANS COM, LLC consideration.
13. Verification that full disclosure was made.
14. Proof of a lawfully binding contract signed under full commercial liability by an authorized agent on behalf of your corporation, under penalty of perjury as required by 26 U.S.C. §6065 and 26 CFR §301.6203-1. [Natural People]
15. When I signed a promissory note, which account did the alleged money come from? [Give Full Discovery & Disclosure]
16. Was the alleged money taken from an I.R.A., savings account, investment account, checking account, or any other type of account? [Give Full Discovery & Disclosure]
17. Was the promissory note deposited into an account in the name of the bank? [Give Full Discovery & Disclosure]
18. Was a check written backed by the funds in the amount of the promissory note? [Give Full Discovery & Disclosure]
19. Did the promissory note back the demand for payment issued by the bank? [Give Full Discovery & Disclosure]
20. Does the bank understand what the term check kiting means? [Give Full Discovery & Disclosure]
21. Did the bank present a loan agreement after the promissory note was signed? [Give Full Discovery & Disclosure]
22. Does a banking institution have the ability to deposit an "I owe you", and write a demand for payment from the account where the "I owe you" was deposited? [Give Full Discovery & Disclosure]
23. When a loan agreement is signed by anyone, is the bank presenting itself as a creditor, and is the signee considered a debtor before or after the promissory note is signed? [Give Full Discovery & Disclosure]
24. If the bank is a creditor, and the signee is a debtor, did the bank have the alleged money "borrowed" before or after the promissory note was signed? [Give Full Discovery & Disclosure]

My authority for making this demand for verification of your authority has been well established as follows: "Whatever the form in which the Government functions, anyone entering into an arrangement with the Government takes the risk of having accurately ascertained that he who purports to act for the Government stays within the bounds of his authority... and this is so even though, as here, the agent(s) may have been unaware of the limitations upon their authority." Federal Crop Insurance Corporation v. Merrill, 332 U.S. 380 at 384 (1947).

**I will expect your response as to my demand for the correction of your errors or the documents requested above within 30 days of your receipt of this Affidavit of Fact - Statement of Bill Protest on Business loan.**

**These are just Twenty Four (24) simple questions to prove good faith in the agreement by [MY BUSINESS LOANS COM, LLC] and its agents. I demand that you, the alleged "lender", stipulate under your full commercial liability and a penalty of perjury statement that you are/were the creditor on the account.**

**The agents of [MY BUSINESS LOANS COM, LLC], have (30) days to present themselves as having operated in good faith in any agreement that is with the "Natural Person"** Olman Roy Arriaga. **Non-response, or a lack of the stipulation as demanded, will be taken as a** self confession of judgment that there is no valid debt or claim and furthermore will result in **MY BUSINESS LOANS COM, LLC] and its agents forfeiting all claim against OLMAN ROY ARRIAGA] (Corporate Entity/Artificial Person/Construct), and the account No.# LIA#00053865 in question will have been considered paid in advance.**

**Thank you for your time and attention in this matter.**

I further request that you take the following actions:

Please contact any credit agencies of this alleged debt/statement of a Bill, and report / inform them that this debt on this alleged account is being disputed, please also forward a copy of this letter to the creditor who 'alleges' that the Natural Person Olman Roy Arriaga owe the debt at issue, and inform them that this Loan and debt has been disputed to, [MY BUSINESS LOANS COM, LLC

Except as specifically outlined herein, Any further contact should be strictly in conformity with the FDCPA: It should be limited to providing me with the documentation requested in this letter, Any further contact should be made in writing, and I further request that all communication regarding this matter be delivered in writing. I will not accept any phone calls. My mailing location should be submitted to my (proper) location by mail at the top of this Affidavit, if not sent to me at the same proper location up above and below, mail service will be deemed improperly served at the proper location and your letter will be unopened and sent back a.s.a.p! (As Soon As Possible) According to 15 U.S.C. §1692(g)(b), a creditor who fails to provide verifiable proof of an alleged debt within (30)-days forfeits their right to further collection activity and repudiates the debt. Consequently, if I do not receive the above listed information in the prescribed period of time, we will then agree to your recorded default, that you have a tacit agreement with the following terms:

1. You agree to discharge/off-set the full amount you claim I owe, bringing the balance of said account to zero - paid in full - within ten (10) (X) days of your (30) day default, and Payoff letter" sent to Olman Roy Arriaga a.s.a.p. (As Soon As Possible)
2. You will desist from pursuing any collection activity on this account.
3. You will not sell or forward the account balance to any third party credit collection agency.

4. No negative remarks will be made to any credit reporting agencies regarding this matter.

**5. And that you agree to send a check at the location below for Five Hundred Thousand Dollars $500,000 in the name of Olman Roy Arriaga, if the 4 above listed terms and conditions are breached and not honored if you default, and or a lawsuit will commence.**

If I do not hear from you, in writing, within that time, your lack of response will establish the presumption that you or your Service do not have the documentation or the authority to support your claim of any requirement or obligation upon me and agree this account is already paid in full.

**Notice to Agent is notice to Principal, Notice to Principal is notice to Agent**

Thank you for your cooperation and attention to this matter.

In My Honor in Good Faith for the Record,

I Am, [signature] Date: october 12, 2016 A.D.

Olman Roy Arriaga

**Commission Notary**

**Notary Name:** S. Leilani Wood

**Notary Signature:** [signature] **Dated:** 10.12.16

**Commission Expires:** May 26 19

**NOTARY SEAL**

S. LEILANI WOOD
NOTARY PUBLIC
Douglas County
State of Georgia
My Comm. Expires May 26, 2019

Affidavit of Fact

**BILL OF EXCHANGE - REFUSAL IS DISCHARGE**

USPO Certified Mailing# 7015 1520 0001 7011 6546 Date: 10-11-2016

From: [Olman Roy Arriaga], Authorized Representative
care of - [1446 Southland Cir
Atlanta, GA, 92008]

TO: MYBUSINESSLOAN.COM.LLC - CFO/CEO
ATTN: CFO - Payoff Department
[1901 CAMINO VIDA ROBLE SUITE 320
CARLSBAD,CA,92008]

RE: [/Home/ "purchase", MYBUSINESSLOAN.COM.LLC kept Promissory Note proof of acceptance as has been tendered in payment of instrument pursuant to (UCC 3-306).]

NOTICE DEMAND FOR PAYOFF: Direction To Discharge for payoff

NOTICE: This document is not intended to threaten, harass, hinder or obstruct any lawful operations. It is for the purpose of obtaining lawful and legal remedy as is provided by law and tendered with honorable intent.

Enclosed you will find all filed copies of my letter for payoff/promissory note/ and certified postal receipts USPO# [RB285788462US], included with "proof of delivery" to your office location that came in receipt of said package and delivery conformation on [September 19th 2016 at 12:30 PM]. All said filed copies will soon be lodged against you at (FTC/S.E.C./United States Department of State/United State Department of Treasury) depending on the choices you make that are not lawful nor legal in nature operating outside the scope of banking policy.

The "Promissory Note" that you did receive and now HOLDER IN POSSESSION constituted your acceptance as 'HOLDER IN DUE COURSE after (7) seven days as agreed as it was Not RETURNED in whole or in part which 'promissory note' was/is lawful tender in payment and is VALID. And just as you have stated in your [October,11th 2016] Letter that my document [Never gave me a valid response regarding my promissory note payment for discharge on what exempts them from the legislation (bill of exchange act 1882) with a valid response in seven days. And has retained an attorney instead], as well as a letter posted for [October 11th 2016 at 3:15 pm by LIPSCOMB & EISENBERG,PL]. Well if this is your company's assumption without legitimate 'proof' please feel free and provide me within 72hrs proof validation that my "promissory note" **was not valid** (do not appear to be valid / and yet you did accept and held onto the promissory note and had the option to fully RETURN it back to issuer but you did not/have not, therefore it is considered tendered.

You have within 72hrs proof validation that I as a "private banker" do not have the right to 'issue' promissory notes in the form of payment as a negotiable instrument constructed in strict accordance pursuant to the UCC (§ 3-603), and legally discharges the debt. Once tendered, the debt is discharged. Period!!!

**NOTICE**: CFO/CEO OF MYBUSINESSLOAN.COM.LLC, you may return all original documents intact that was received by you that is being held in your possession if you (do not believe that my promissory note is valid, whatever being alleged lawfully **deficient**, I require that you send a 'certified' letter as a bonafide 'True and Correct' by an agent or Legal advisor of [MYBUSINESSLOAN.COM.LLC signed in wet blue ink under penalties of perjury or from your "CFO/CEO OF [MYBUSINESSLOAN.COM.LLC] , indicating specific **defects** for resolution, or we have an agreement within 72hrs that it is SELF AUTHENTICATING that this account has already been tendered and you agree that a notice for payoff will be issued As Soon As Possible (a.s.a.p.) to the man [Olman Roy Arriaga] at his location above, as been satisfied and discharged herein.

Affidavit of Fact

**BILL OF EXCHANGE - REFUSAL IS DISCHARGE**

**It is a fact:** Every day the United States Treasury department receives dozens or hundreds of such instruments making claims of this type. Obviously some are valid and some are not.

**It is a fact:** There are only 3 official government directives or alerts that address spurious, fraudulent, fictitious, or otherwise invalid, instruments sent to the US Treasury for payment, and **only one** that officially states what is to be **official US government policy** and treatment of them if they are received, this is ALERT 99-10:
which is also published on the government website for the United States Treasury:
www.publicdebt.treas.gov under Frauds and Phonies,

The Office of the Comptroller of the Currency, Enforcement & Compliance Division in ALERT 99-10 states:
Type: **Suspicious Transactions**

TO: Chief Executive Officers of all National Banks; all State Banking Authorities; Chairman, Board of Governors of the Federal Reserve System; Chairman, Federal Deposit Insurance Corporation; Conference of State Bank Supervisors; Deputy Comptrollers (Districts); Assistant Deputy Comptrollers; District Counsel and Examining Personnel.

RE: Fictitious Sight Drafts payable through the U.S. Treasury

It has been brought to our attention that certain individuals have been making and executing worthless paper documents which are titled "Sight Draft".These items state that they are payable through the U. S. Treasury, 1500 Pennsylvania Avenue, NW, Washington, DC 20220. These instruments are being presented for payment at banks and other businesses throughout the United States. **Any of these instruments that are presented to the U. S. Treasury for payment will be returned to the sender** and copies will be provided to the appropriate law enforcement agencies." **Dishonored.**
(HOW COME MY ORIGINAL INSTRUMENT WAS NOT RETURNED? I WILL HAVE THEM INVESTIGATE WHY)

This is in conformity with the Uniform Commercial Code that parties may rely on their presentment of obligations as settled unless given a Notice of Dishonor, whether directly applicable to Treasury Dept. officers or not.

**UCC3-503. NOTICE OF DISHONOR**

**...(b) Notice of dishonor may be given** by any person: **may be** given by any commercially reasonable means, including an oral, written, or electronic communication; **and is sufficient if it reasonably** identified the instrument **and** indicates that the instrument has been dishonored or has not been **paid or accepted**. Return of an instrument **given to a bank for collection** is sufficient notice of dishonor.

...c) Subject to Section 3-504(c), **with respect to an instrument taken for collection** notice of dishonor must be given.... **within 30 days following the day on which the person receives notice of dishonor. With respect to any other instrument, notice of dishonor must be given within 30 days following the day on which dishonor occurs.**

**Please Be Advised**: CFO/CEO OF [MYBUSINESSLOAN.COM.LLC],

As everyone should know lawful money was removed from our economy by Congress in 1933 by HJR 192 (House Joint Resolution) and replaced with negotiable instruments. These negotiable instruments are considered as legal tender on the same par and category as federal reserve notes. They represent a mortgage on all the homes/cars and personal property of all the American people. This mortgage was placed without proper legal authorization by congress and the supreme court required that a remedy has to be given to the American people who were principals and sureties for the national debt. This remedy is to discharge debt for the people who demanded it. **We the People were made private bankers according to the law with the authority to issue notes to discharge lawful debts.** This must remain in effect until money and the property is returned to We the People without any encumbrances.

Division) of the IRS.

The UCC (Uniform Commercial Code) defines a negotiable instrument as an unconditioned writing that promises or orders the payment of a fixed amount of money. To be considered negotiable an instrument must meet the requirements stated in Article 3.

U.C.C. - ARTICLE 3 - NEGOTIABLE INSTRUMENTS § 3-104. NEGOTIABLE INSTRUMENT.
(a) negotiable instrument" means an unconditional promise or order to pay a fixed amount of money
(b) "instrument" means a negotiable instrument.
(f) An instrument may be a check even though it is described on its face by another term, such as "**money order**."

**FRN'S WORTHLESS**

The Federal Reserve Bank in its booklet; MODERN MONEY MECHANICS page 3, states; "In the United States neither paper currency nor deposits have as commodities. Intrinsically, a dollar bill is just a piece of paper, deposits merely book entries."

The "giving a (federal reserve) note does **not** constitute payment." See... [Echart v. Commissioners C.C.A., 42 Fd2d 158.]

The use of a (federal reserve) 'Note' is **only a promise** to pay. See... [Fidelity Savings v. Grimes, 131 P2d 894.]
Legal Tender (federal reserve) Notes are **not** good and lawful money of the United States. See... [Rains v. State, 226 S.W. 189.]

That (federal reserve) 'Notes do **not** operate as payment in the absence of an agreement that they shall constitute payment.' See... [Blachshear Mfg. Co. v. Harrell, 2 S.E. 2d 766.]

"Federal Reserve Notes are **valueless.** "See... IRS Codes Section 1.001-1 (4657) C.C.H.).

**REJECTION**

UCC 3-603; "**If tender of payment** of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender **is refused, there is discharge**, to the extent of the amount of the tender..."

RCW 62A.3-603 Tender of Payment (b) "If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates."

ORS 81.010 "Effect of unaccepted offer in writing to pay or deliver. An offer in writing to pay a particular sum of money or to deliver a written instrument or specific personal property is, if not accepted, equipment to the actual production and tender of the money, instrument or property." (the latter here operates via the rule of Para Materia in Tennessee.)

Failure to accept the "promissory note" that was sent to your location for deposit and discharge of this debt is lawfully considered **theft, fraud, conspiracy, collusion, racketeering, and denial of due process.** I believe there is no evidence to the contrary. Otherwise, provide lawful proof of claim by presenting to me lawful document/s that show that you have the lawful authority to **dishonor** my "promissory note". Failure to provide lawfully documented evidence that is certified lawful, true, and correct by notarized affidavit that is signed under penalties of the law including perjury will be default. Failure to honor this legal tender requires you to; Surrender all public hazard bonds, corporate bonds, blanket bonds, insurance policies, CAFR funds, 401-k(s), 801k(s), retirement funds, personal wealth and properties, or any other source of revenue as needed to cure dishonor in commerce and submit to the authorities for criminal prosecution.

HJR 192: "Now, there-fore be it. Resolved by the Senate and House of Representatives of the United States of America in Congress assembled, That (a) every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payment in gold or a **particular** kind of coin or currency, or in an amount in money of the United States measured thereby, is **declared to be against public policy**; and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in **any** coin or currency which at the time of payment is **legal tender** for public and private debts."

**Black's Law Dictionary, 5th Edition, page 133**, defines a "**Banker**" as,
**"In general sense, person that engages in business of banking. In narrower meaning, a private person.........; who is engaged in the business of banking without being incorporated. Under some statutes, an individual banker, as distinguished from a "private banker", is a person who, having complied with the statutory requirements, has received authority from the state to engage in the business of banking, while a private banker is a person engaged in banking without having any special privileges or authority from the state.** "

"**Banking**" Is partly and optionally defined as "**The business of issuing notes for circulation......, negotiating bills.**"

**Black's Law Dictionary, 5th Edition**, page 133, defines "**Banking**":

"**The business of banking, as defined by law and custom, consists in the issue of notes ......intended to circulate as money........**

And defines a "**Banker's Note**" as:

"**A commercial instrument** resembling a bank note in every particular except that it is given by a **private banker** or **unincorporated banking institution**."

LEGAL TENDER DEFINED

*Legal tender under the Uniform Commercial Code (U.C.C.)*, Section 1-201(24) (Official Comment); "The referenced Official Comment notes that the definition of *money* is not limited to *legal tender* under the U.C.C. The test adopted is that of sanction of government, whether by authorization before issue or adoption afterward, which recognizes the circulating medium as a part of the official currency of that government. The narrow view that money is limited to legal tender is rejected."

In light of the holding of [Fidelity Bank Guarantee vs. Henwood, 307 U.S. 847 (1939)], a Federal US court of appeals ruled on Title 31 USC 5118. As of October 27, 1977, **legal tender for discharge of debt is no longer required**. That is because legal tender is not in circulation at par with promises to pay credit. Requirement of repayment of debt is against Public Policy, since legal tender was not loaned [nor in circulation] **they can not demand payment in any** **[particular] form of coin or currency or legal tender** and **repayment [or payment] need only be made in equivalent kind: A negotiable instrument.**

**Money Orders are the same negotiable instruments as Federal Reserve Notes** and must be processed the same way under GAAP(Generally Accepted Accounting Principles), HJR-192, Public Law 73-10 and Title 31 USC 5118 prohibits Banks/creditors from demanding any specific specie of payment. All Banks must process lawful United States currency. Failure to do so is "interference with commerce", a felony under the RICO ACT, 18 USC 1951. If you believe you have a lawful reason to "Dishonor" the negotiable instrument that was sent to you (HOLDER) you must **RETURN** it to the Agent (issuer) above with lawful reason(s) fully stated and cited. Failure to provide lawful reasons(s), or to misdirect the instrument that was sent, is grounds for a complaint to the **FTC** under the **FDCPA** (Fair Debt Collection Practices Act), 15 USC 1692a1. It is your duty to honor that instrument for payment, to know, abide by and operate under the law. 18 USC 8 applies. Commercial instruments are legal tender for the payment of debt in accordance with 31 USC 5118 and other statutes/code. Failure to process and credit the intended account will result in a request of the **Postal Inspectors office** [to investigate and audit the accounts balance sheet,?] and file **IRS Form 3949A Information referral** to the CID(Criminal Investigation

TO: [MYBUSINESSLOAN.COM.LLC] - CFO/CEO
ATTN: CFO - Payoff Department
[1901 CAMINO VIDA ROBLE SUITE 120
CARLSBAD,CA,92008]

who is the holder in due course of the [ "**Promissory Note: NO**: 1007925"]; under account number: LIA-00053865, in the alternative, it is incumbent upon you to explain why this Promissory Note is not legal tender and is not an obligation and payment that the Federal Reserve System is required by their own laws to pay.

It is my sincere hope that the above what follows will be enlightening in your own bill paying process.

From "Modern Money Mechanics" from the Federal Reserve Bank of Chicago, page 6;

"What they [banks] do when they make loans is to accept promissory notes in exchange for credits to the borrower's transaction accounts. Loans (assets) and deposits (liabilities) both rise [equally] by [the amount of the "loan"]." [words in square brackets not in original quote but carry the same meaning.]

So each time there is a swipe of a credit card, a promise to pay has been created. When you do that, funds are added to your transaction account according to Modern Money Mechanics. In other words, there is public side and a private side accounting. When you allegedly "borrow" money from a bank they list the so-called loan as an asset AND as a liability so that the books balance to zero. You "owe" them on the public side, but they also "owe" you on the private side. The account balance is actually zero. See... Financial Accounting Standards Board (FASB) Interpretation No. 39.

**The National Banking Act of 1864** is still in effect and states that legally banks can NOT loan their own or their depositor's money. So where does the bank get money for your "loan"? **They get it from YOU**. Banks do not and can not make loans. They merely extend an individuals credit. Due to the still ongoing emergency reorganization bankruptcy of 1929 (which renews every 70 years) and the Abrogation of the Gold Clause in 1933 (HJR-192) where the gold was illegally confiscated to pay off the foreign investors, the corporate government had to borrow against the Citizen's future earnings, else they would not have been able to continue to build anything. This make **"We The People"** the creditors, not the debtors. Because of HJR-192 and the UCC we can all write negotiable instrument Promissory Notes which the Banks must accept. Meanwhile the Bankers are making billions from social security numbers associated with everyday people.

"Without Prejudice" Date: October 24, 2016

By: [signature] (Seal)
[Olman Roy Arriaga] - Authorized Agent
All Natural Rights "Explicitly" Reserved
U.C.C.1-207/1-308/1-103.6/2-207

**ACKNOWLEDGEMENT OF NOTARY**
For verification purposes only
Jurat/Acknowledgement

I, a Notary Public, certify that I know, or have satisfactory evidence that [Olman Roy Arriaga] is the wo/man who appears before me on this date below and acknowledges that she signed her ":Affidavit of Fact - to [MYBUSINESSLOAN.COM.LLC] - CFO/CEO, of 6 pages included with cover sheet, duly witnessing by me and acknowledge it is His freewill and voluntary act.

**Notary Name:** Crystal Rollins

**Notary Signature:** Crystal Rollins **Dated:** 10-24-16

**Commission Expires:** 11.13.2017

CRYSTAL ROLLINS NOTARY PUBLIC GEORGIA DOUGLAS COUNTY EXPIRES NOV. 13, 2017

**NOTARY SEAL**

English Customer Service USPS Mobile Register / Sign In

USPS.COM

# USPS Tracking®

Still Have Questions?
Browse our FAQs ›

Get Easy Tracking Updates ›
Sign up for My USPS.

**Tracking Number: 701515200001701 16546**

**Expected Delivery Day: Friday, October 14, 2016**

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™ Return Receipt

**See tracking for related item: 9590940222076193556860**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 14, 2016 , 1:36 pm | Delivered, Left with Individual | CARLSBAD, CA92008 |
| Your item was delivered to an individual at the address at 1:36 pm on October 14, 2016 in CARLSBAD, CA 92008. | | |
| October 13, 2016 , 7:22 pm | Departed USPS Destination Facility | SAN DIEGO, CA92199 |
| October 13, 2016 , 12:07 pm | Arrived at USPS Destination Facility | SAN DIEGO, CA92199 |
| October 13, 2016 , 7:53 am | In Transit to Destination | |
| October 12, 2016 , 1:53 am | Arrived at USPS Origin Facility | NORTH METRO, GA30026 |
| October 11, 2016 , 8:34 pm | Departed Post Office | MABLETON, GA30126 |
| October 11, 2016 , 4:11 pm | Acceptance | MABLETON, GA30126 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

Tracking (or receipt) number

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›